UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**STEPHEN MCCAFFERY,**

    **Plaintiff,**

**v.**                                      **Case No.  8:08-cv-1572-T-30EAJ**

**MERCK & CO., INC.,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon the Unopposed Motion by Defendant Merck & Co., Inc. to Stay all Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation and Incorporated Memorandum of Law (Dkt. 5).

Upon review and consideration, it is ORDERED AND ADJUDGED that:

1. Defendant's motion to stay proceedings (Dkt. 5) is **GRANTED**.

2. All proceedings in this case are **STAYED** pending transfer to the United States District Court for the Eastern District of Louisiana in connection with <u>In re VIOXX Marketing, Sales Practices and Products Liability Litigation</u>.

3. The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case during the pendency of the stay subject to the right of either party to file a motion to reopen in the event the Judicial Panel on Multidistrict Litigation declines to transfer this case.

**DONE** and **ORDERED** in Tampa, Florida on August 18, 2008.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-1572.mt stay.frm